UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED

DEC 04 2009

CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| TRACY L. TROWER, | * | CIV. 09-4081 |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MIKE ROUNDS, Governor; | * | ORDER |
| ED LIGTENBERG; TIM REISCH, | * | |
| Secretary of Corrections; WEBER, Warden; | * | |
| DOOLEY, Warden; SUSAN JACOBS, | * | |
| Assoc. Warden; JENNIFER STANWICK; | * | |
| MARK STEOBNER; LORA MAY; | * | |
| GREAT PLAINS PSYCHOLOGICAL | * | |
| SERVICES; CLINT SPERLE; | * | |
| DR. SCOTT PRIBLYL; | * | |
| MIKE STORAGAARD; | * | |
| DEPT OF CORRECTIONS; | * | |
| STATE OF SOUTH DAKOTA; | * | |
| LISA ROTHSCHADL, Bonn Homme County | * | |
| State Attorney; VELMA SUDBECH; | * | |
| SHERI O'CONNOR; | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Plaintiff brings this prisoner civil rights action pursuant to 42 U.S.C. § 1983. The Magistrate

Judge issued a Report and Recommendation recommending that the Complaint be dismissed for

failure to state a claim upon which relief can be granted.

Plaintiff filed no objections to the Report and Recommendation. After conducting an

independent review of the record, the Court agrees with the Magistrate Judge. Accordingly,

IT IS ORDERED that:

1.    The Report and Recommendation (Doc. 21) is ADOPTED.

2.    Plaintiff's complaint is dismissed, without prejudice, for failure to state a claim upon
      which relief can be granted, each party to pay their own costs.

Dated this 3rd day of December, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By: _____, Deputy
(SEAL)